472 A.2d 259

Commonwealth v. Griffin, Appellant.

620

Submitted May 20, 1983. Wayne A. Graver, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, BROSKY and BECK, JJ.

Judgment of sentence for burglary affirmed. Judgment for criminal trespass is vacated.